# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| CARLESE J. HALL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-cv-00773-MHH-SGC |
| CHARLES WILLIAMS, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on September 25, 2023 in which she recommended that the Court dismiss this action without prejudice for failure to prosecute. (Doc. 15). The magistrate judge advised Ms. Hall of her right to file written objections within 14 days; to date, the Court has not received objections.

After consideration of the record in this case and the magistrate judge's report, the Court adopts the report and accepts the recommendation. Consistent with that recommendation, by separate order, the Court will dismiss this matter without prejudice for failure to prosecute. FED. R. CIV. P. 41(b).

**DONE** and **ORDERED** this October 17, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE